ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., <br> IOVATE HEALTH SCIENCES INTERNATIONAL, INC., <br> IOVATE T & P, INC., <br> ACCELIS FORMULATIONS, LTD., <br> NEW CELL FORMULATIONS, LTD., <br> MTOR FORMULATIONS, LTD., <br> MASS FORMULATIONS, LTD., <br> FLAMMA SpA, <br> and USE TECHNO CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> WELLNX LIFE SCIENCES INC (d/b/a NV Inc.), <br> NXCARE INC., <br> NXLABS INC., <br> SLIMQUICK LABORATORIES, <br> BIOGENETIX, <br> DEREK WOODGATE, and <br> BRADLEY WOODGATE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-286 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for plaintiffs certifies that Iovate Health Sciences U.S.A. Inc., Iovate Health Sciences International, Inc., Iovate T & P, Inc., Accelis Formulations, Ltd., New Cell Formulation, Ltd., MTOR Formulations, Ltd., Mass Formulations, Ltd., Flamma SpA, and USE Techno Corporation are not publicly held corporations, nor do any have a parent which is publicly held.

No publicly held corporation owns 10% or more of the stock any of the above companies.

                                                                                               Respectfully submitted,

*/s/ Karen E. Keller*
Josy Ingersoll, Esq. (#1088)
Karen E. Keller, Esq. (#4489)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302)-571-6554
kkeller@ycst.com

Attorneys for Plaintiffs

Of Counsel:
Richard L. DeLucia
Howard J. Shire
Jerry Canada
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Dated: May 24, 2007

066372.1001