# United States District Court

DISTRICT OF DELAWARE

IOVATE HEALTH SCIENCES U.S.A., INC.,
IOVATE HEALTH SCIENCES
INTERNATIONAL, INC., IOVATE T & P,
INC., FLAMMA SpA,
and USE TECHNO CORPORATION,

    Plaintiff(s),

V.

WELLNX LIFE SCIENCES INC (d/b/a NV
Inc.), NXCARE INC., NX LABS INC.,
SLIMQUICK LABORATORIES,
BIOGENETIX, DEREK WOODGATE, and
BRADLEY WOODGATE,
    Defendant(s).

ORIGINAL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-

07-286

TO: (Name and address of defendant)

  NXCare Inc.
  c/o Secretary of State
  Division of Corporations
  John G. Townsend Building
  401 Federal Street, Suite 4
  Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

  Josy W. Ingersoll (No. 1088)
  John W. Shaw (No 3362)
  Karen E. Keller (No. 4489)
  Young Conaway Stargatt & Taylor, LLP
  The Brandywine Building
  1000 West Street, 17th Floor
  P. O. Box 391
  Wilmington, DE  19899-0391

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                 2 4 2007

CLERK                    DATE

(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  May 25, 2007 |
| NAME OF SERVER (PRINT)  Shelly Miles | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served upon NXCare Inc. by serving the Secretary of State, Delaware located at 401 Federal Street, Dover DE 19901. Service was accepted by Gail Ascione at 1:42 p.m.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/25/07                    Shelly Miles
             Date                          Signature of Server

                                        15 East North Street Dover DE 19901
                                        Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.