IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., <br> IOVATE HEALTH SCIENCES INTERNATIONAL, INC., <br> IOVATE T & P, INC., <br> FLAMMA SpA, and <br> USE TECHNO CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> WELLNX LIFE SCIENCES INC. (d/b/a NV INC.), <br> NXCARE INC., <br> NXLABS INC., <br> SLIMQUICK LABORATORIES, <br> BIOGENETIX, <br> DEREK WOODGATE, and <br> BRADLEY WOODGATE, <br><br> Defendants. | C.A. No. 07-286-JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendants WellNx Life Sciences Inc. (d/b/a NV Inc.), NxCare Inc., NxLabs Inc., Slimquick Laboratories, Biogenetix, Derek Woodgate and Bradley Woodgate to move, answer or otherwise plead in response to the Complaint is extended until July 16, 2007.

| YOUNG CONAWAY STARGATT & TAYLOR LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ *Karen E. Keller* | /s/ *Rodger D. Smith II* |
| Josy W. Ingersoll (#1088)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>100 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6554<br>kkeller@ycst.com<br>  *Attorneys for Plaintiffs* | Mary B. Graham (#2256)<br>Rodger D. Smith II (#3778)<br>James W. Parrett, Jr. (#4292)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br>  *Attorneys for Defendants* |

SO ORDERED this ___ day of _____ 2007.

_____
United States District Court Judge

861070