IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., IOVATE HEALTH SCIENCES INTERNATIONAL, INC., IOVATE T & P, INC., FLAMMA SpA, and USE TECHNO CORPORATION,<br><br>       Plaintiffs,<br><br>   v.<br><br>WELLNX LIFE SCIENCES INC. (d/b/a NV INC.), NXCARE INC., NXLABS INC., SLIMQUICK LABORATORIES, BIOGENETIX, DEREK WOODGATE, and BRADLEY WOODGATE,<br><br>       Defendants. | C.A. No. 07-286-JJF |

**INDIVIDUAL DEFENDANTS' MOTION TO DISMISS FOR LACK OF
<u>PERSONAL JURISDICTION</u>**

    Defendants DEREK WOODGATE and BRAD WOODGATE (together, the "Individual Defendants") hereby move pursuant to Federal Rule of Civil Procedure 12(b)(2) for an order dismissing Plaintiffs' Complaint on the grounds that the Court lacks personal jurisdiction over the Individual Defendants. The grounds for this motion are set forth in the Individual Defendant's Opening Brief in Support of Individual Defendants' Motion to Dismiss.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Rodger D. Smith II (#3778)* |
| | Mary B. Graham (#2256) |
| | Rodger D. Smith II (#3778) |
| | James W. Parrett, Jr. (#4292) |
| | 1201 N. Market Street |
| OF COUNSEL: | P.O. Box 1347 |
| | Wilmington, DE  19899 |
| Roger Colaizzi | (302) 658-9200 |
| Jeffrey A. Dunn | rsmith@mnat.com |
| Tamany Vinson Bentz |     Attorneys for Defendants |
| VENABLE, LLP | |
| 575 7th Street, NW | |
| Washington, DC  20004-1601 | |
| 202.344.4000 | |

July 16, 2007
969865

CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following:

>  Karen E. Keller, Esquire
>  YOUNG CONAWAY STARGATT & TAYLOR LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 16, 2007, upon the following individuals in the manner indicated:

**BY EMAIL AND HAND DELIVERY**

Josy W. Ingersoll, Esquire
Karen E. Keller, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
100 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

**jingersoll@ycst.com**
**kkeller@ycst.com**

**BY EMAIL**

Richard L. DeLucia, Esquire
KENYON & KENYON LLP
**rdelucia@kenyon.com**

Howard J. Shire, Esquire
KENYON & KENYON LLP
**hshire@kenyon.com**

Jerry Canada, Esquire
KENYON & KENYON LLP
**jcanada@kenyon.com**

>  */s/ Rodger D. Smith II (#3778)*
>  Rodger D. Smith II (#3778)