UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
IOVATE HEALTH SCIENCES U.S.A., INC.,                             )
IOVATE HEALTH SCIENCES INTERNATIONAL,                            )
INC., IOVATE T & P, INC., FLAMMA SpA, and                        )
USE TECHNO CORPORATION,                                          )
                                                                 )   Case No.: 1:07-cv-00286-JJF
                        Plaintiffs,                              )
                                                                 )
-against -                                                       )
                                                                 )   DECLARATION OF
WELLNX LIFE SCIENCES INC (d/b/a NV Inc.),                        )   BRADLEY WOODGATE
NXCARE INC., NXLABS INC., SLIMQUICK                              )
LABORATORIES, BIOGENETIX, DEREK                                  )
WOODGATE, and BRADLEY WOODGATE,                                  )
                                                                 )
                        Defendants.                              )
-----------------------------------------------------------------x
```

I, Bradley Woodgate, declare as follows:

1. I have personal knowledge of the matters set forth in this Declaration and I can testify competently thereto.

2. I am the co-Chief Executive Officer of Wellnx Life Sciences Inc., formerly known as NxCare, Inc. ("Wellnx"), a corporation organized and existing under the laws of the Province of Ontario, in Canada.

3. I am a resident of Toronto, Ontario, in Canada. I have never resided in the State of Delaware. I do not and have never maintained property or other assets located in Delaware. I have never maintained any local telephone listings or bank accounts in Delaware. I have never paid income taxes in Delaware.

4. My involvement as an officer of Wellnx does not require me to travel to or do business in the State of Delaware.

2

5.  I have never been to the State of Delaware. I have never conducted any personal business in Delaware. I have had no personal contact with Delaware that relates to the manufacture, use, offer for sale, sale or importation of Wellnx's nutritional supplements.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on July 16, 2007, at Mississauga, Ontario, Canada.

_____
Bradley Woodgate

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Karen E. Keller, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 16, 2007 upon the following individuals in the manner indicated:

| BY EMAIL AND HAND DELIVERY | BY EMAIL |
|---|---|
| Josy W. Ingersoll, Esquire<br>Karen E. Keller, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building<br>100 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391<br><br>**jingersoll@ycst.com**<br>**kkeller@ycst.com** | Richard L. DeLucia, Esquire<br>KENYON & KENYON LLP<br>**rdelucia@kenyon.com**<br><br>Howard J. Shire, Esquire<br>KENYON & KENYON LLP<br>**hshire@kenyon.com**<br><br>Jerry Canada, Esquire<br>KENYON & KENYON LLP<br>**jcanada@kenyon.com** |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

969792