**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., <br> IOVATE HEALTH SCIENCES INTERNATIONAL, INC., <br> IOVATE T & P, INC., <br> FLAMMA SpA, <br> and USE TECHNO CORPORATION, <br><br>                       Plaintiffs, <br><br>                             v. <br><br> WELLNX LIFE SCIENCES INC (d/b/a NV Inc.), <br> NXCARE INC., <br> NXLABS INC., <br> SLIMQUICK LABORATORIES, <br> BIOGENETIX, <br> DEREK WOODGATE, and <br> BRADLEY WOODGATE, <br><br>                       Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br> Civil Action No. 07-286-JJF <br><br> JURY TRIAL DEMANDED |

**STIPULATION AND ORDER**

       IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for Plaintiffs, Iovate Health Sciences U.S.A., Inc., Iovate Health Sciences International, Inc., Iovate T & P, Inc., FLAMMA SpA, and Use Techno Corporation, to move, answer or otherwise plead in response to Defendants' Counterclaims (D.I. 17) is extended until August 13, 2007.

| YOUNG CONAWAY STARGATT & TAYLOR LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Karen E. Keller* | */s/ Rodger D. Smith* |
| Josy W. Ingersoll (#1088)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>100 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6554<br>kkeller@ycst.com<br>*Attorneys for Plaintiffs* | Mary B. Graham (#2256)<br>Rodger D. Smith II (#3778)<br>James W. Parrett, Jr. (#4292)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br>*Attorneys for Defendants* |

SO ORDERED this ___ day of _____ 2007.

_____
United States District Court Judge