IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOVATE HEALTH SCIENCES U.S.A. INC., et al. | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-286 JJF |
| WELLNX LIFE SCIENCES INC., et al., | : |
| Defendants. | : |

**O R D E R**

WHEREAS, Plaintiffs Answering Brief to Defendants' Motion to Dismiss (D.I. 13) was due to be filed by August 2, 2007;

WHEREAS, Plaintiffs filed a motion for enlargement of time which was stricken by the Court in accordance with the Court's December 15, 2006 Standing Order regarding procedures for filing any non-dispositive motion in a Patent case;

WHEREAS, Plaintiffs have advised the Court that they intend to re-file their Motion for Enlargement of Briefing Schedule in Order to Permit Jurisdictional Discovery Necessary to Respond to Defendants' Motion to Dismiss (D.I. 21, 22);

NOW THEREFORE, IT IS HEREBY ORDERED that the time for Plaintiffs to file an Answering Brief to Defendants' Motion to Dismiss (D.I. 13) shall be extended until a date after Plaintiffs' Motion for Jurisdictional Discovery has been resolved.

August 16, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE