IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., <br> IOVATE HEALTH SCIENCES INTERNATIONAL, INC., <br> IOVATE T & P, INC., <br> FLAMMA SpA, <br> and USE TECHNO CORPORATION, <br><br>                Plaintiffs, <br><br> v. <br><br> WELLNX LIFE SCIENCES INC (d/b/a NV Inc.), <br> NXCARE INC., <br> NXLABS INC., <br> SLIMQUICK LABORATORIES, <br> BIOGENETIX, <br> DEREK WOODGATE, and <br> BRADLEY WOODGATE, <br><br>                Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-286-JJF <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jerry Canada of Kenyon & Kenyon LLP to represent Plaintiffs in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

                                         YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                         /s/ John W. Shaw

                                         Josy Ingersoll (No. 1088)
                                         John W. Shaw (No. 3362)
                                         Karen E. Keller (No. 4489)
                                         The Brandywine Building
                                         1000 West Street, 17th Floor
                                         Wilmington, DE  19801
                                         302-571-6600
                                         *jshaw@ycst.com*

Dated: September 6, 2007            Attorneys for Plaintiffs

DB02:6224106.1                                                                      066372.1001

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this ____ day of September 2007, that the admission *pro hac vice* of Jerry Canada, Esq. is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the District of Massachusetts, the Commonwealth of Massachusetts, the State of New York, and the Eastern District of Michigan and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: September 6, 2007

                                         Jerry Canada, Esq.
                                         KENYON & KENYON LLP
                                         One Broadway
                                         New York, NY 10004
                                         (212) 425-7200