# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | |
|---|---|---|---|
| BEN T. CASTLE | JANET Z. CHARLTON | JOSEPH M. BARRY | ANDREW A. LUNDGREN |
| SHELDON N. SANDLER | ROBERT S. BRADY | SEAN M. BEACH | MATTHEW B. LUNN |
| RICHARD A. LEVINE | JOEL A. WAITE | SANJAY BHATNAGAR | ADRIA B. MARTINELLI |
| RICHARD A. ZAPPA | BRENT C. SHAFFER | DONALD J. BOWMAN, JR. | KATHALEEN MCCORMICK |
| FREDERICK W. IOBST | DANIEL P. JOHNSON | MICHELE SHERRETTA BUDICAK | MICHAEL W. MCDERMOTT |
| RICHARD H. MORSE | CRAIG D. GREAR | JEFFREY T. CASTELLANO | TAMMY L. MERCER |
| DAVID C. MCBRIDE | TIMOTHY JAY HOUSEAL | KARA HAMMOND COYLE | MARIBETH L. MINELLA |
| JOSEPH M. NICHOLSON | MARTIN S. LESSNER | KRISTEN SALVATORE DEPALMA | EDMON L. MORTON |
| CRAIG A. KARSNITZ | PAULINE K. MORGAN | MARGARET M. DIBIANCA | D. FON MUTTAMARA-WALKER |
| BARRY M. WILLOUGHBY | C. BARR FLINN | MARY F. DUGAN | JENNIFER R. NOEL |
| JOSY W. INGERSOLL | NATALIE WOLF | ERIN EDWARDS | ADAM W. POFF |
| ANTHONY G. FLYNN | LISA B. GOODMAN | KENNETH J. ENOS | SETH J. REIDENBERG |
| JEROME K. GROSSMAN | JOHN W. SHAW | IAN S. FREDERICKS | SARA BETH A. REYBURN |
| EUGENE A. DIPRINZIO | JAMES P. HUGHES, JR. | JAMES J. GALLAGHER | CHERYL A. SANTANIELLO |
| JAMES L. PATTON, JR. | EDWIN J. HARRON | SEAN T. GREECHER | (NJ & PA ONLY) |
| ROBERT L. THOMAS | MICHAEL R. NESTOR | STEPHANIE L. HANSEN | MONTÉ T. SQUIRE |
| WILLIAM D. JOHNSTON | MAUREEN D. LUKE | DAWN M. JONES | MICHAEL P. STAFFORD |
| TIMOTHY J. SNYDER | ROLIN P. BISSELL | KAREN E. KELLER | CHAD S.C. STOVER |
| BRUCE L. SILVERSTEIN | SCOTT A. HOLT | JENNIFER M. KINKUS | JOHN E. TRACEY |
| WILLIAM W. BOWSER | JOHN T. DORSEY | EDWARD J. KOSMOWSKI | TRAVIS N. TURNER |
| LARRY J. TARABICOS | M. BLAKE CLEARY | JOHN C. KUFFEL | MARGARET B. WHITEMAN |
| RICHARD A. DILIBERTO, JR. | CHRISTIAN DOUGLAS WRIGHT | TIMOTHY E. LENGKEEK | SHARON M. ZIEG |
| MELANIE K. SHARP | DANIELLE GIBBS | | |
| CASSANDRA F. ROBERTS | JOHN J. PASCHETTO | SPECIAL COUNSEL | SENIOR COUNSEL |
| RICHARD J.A. POPPER | NORMAN M. POWELL | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| TERESA A. CHEEK | ELENA C. NORMAN | KAREN L. PASCALE | |
| NEILLI MULLEN WALSH | | PATRICIA A. WIDDOSS | OF COUNSEL |
| | | | BRUCE M. STARGATT |
| | | | STUART B. YOUNG |
| | | | EDWARD B. MAXWELL, 2ND |

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-3587
DIRECT FAX: (302) 576-3551
jcastellano@ycst.com

October 1, 2007

BY CM/ECF & HAND DELIVERY
The Honorable Joseph J. Farnan
United States District Court
844 King Street, Room 4209
Wilmington, DE 19801

Re:   Iovate Health Sciences U.S.A., et. al. v. Wellnx Life Sciences, Inc. (d/b/a NV, Inc.), et. al., C.A. No. 07-286-JJF

Dear Judge Farnan:

On behalf of the parties to the above-captioned case, please find enclosed a proposed scheduling order including dates agreed upon during the September 6, 2007 scheduling conference held before your honor.

Respectfully submitted,

Jeffrey T. Castellano (#4837)

JTC:leb
Enclosure

cc:   Clerk of the Court (by CM/ECF and hand delivery)
Rodger D. Smith, II, Esq. (by CM/ECF and electronic mail)
Mary B. Graham, Esq. (by CM/ECF and electronic mail)
Roger Colaizzi, Esq. (by electronic mail)
Jeffrey A. Dunn, Esq. (by electronic mail)
Tamany Vinson Bentz (by electronic mail)
Jerry Canada, Esq. (by electronic mail)
Josy W. Ingersoll, Esq. (by electronic mail)