IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC.,<br>IOVATE HEALTH SCIENCES INTERNATIONAL, INC.,<br>IOVATE T & P, INC.,<br>FLAMMA SpA,<br>and USE TECHNO CORPORATION,<br><br>                         Plaintiffs,<br><br>            v.<br><br>WELLNX LIFE SCIENCES INC (d/b/a NV Inc.),<br>NXCARE INC.,<br>NXLABS INC.,<br>SLIMQUICK LABORATORIES,<br>BIOGENETIX,<br>DEREK WOODGATE, and<br>BRADLEY WOODGATE,<br><br>                         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-286-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND PROPOSED ORDER**
**FOR AMENDMENT OF THE SCHEDULING ORDER**

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties, and subject to the approval of the Court, that the Scheduling Order dated October 2, 2007 (D.I. 32) shall be amended to extend the deadline one week as follows:

       5.     Amendment of the Pleadings. All motions to amend the pleadings shall be filed on or before <u>January 18, 2008</u>.

All remaining dates in the Scheduling Order (D.I. 32) remain in full force and effect.

DATED: January 11, 2008

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS NICHOLS ARSHT & TUNNELL LLP |
|---|---|
| */s/ Karen E. Keller* <br> John W. Shaw (No. 3362) <br> Karen E. Keller (No. 4489) <br> The Brandywine Building, 17th Floor <br> 1000 West Street <br> Wilmington, Delaware  19801 <br> (302) 571-6600 <br> kkeller@ycst.com <br><br> *Attorneys for Plaintiffs* | */s/ James W. Parrett, Jr.* <br> Mary B. Graham (No. 2256) <br> Rodger D. Smith (No. 3778) <br> James W. Parrett, Jr. (No. 4292) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> jparrett@mnat.com <br><br> *Attorneys for Defendants* |

SO ORDERED this _____ day of January, 2008.

_____
United States District Court Judge