IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., IOVATE HEALTH SCIENCES INTERNATIONAL, INC., IOVATE T & P, INC., FLAMMA SpA, and USE TECHNO CORPORATION,<br><br>   Plaintiffs,<br><br>   v.<br><br>WELLNX LIFE SCIENCES INC. (d/b/a NV INC.), NXCARE INC., NXLABS INC., SLIMQUICK LABORATORIES, BIOGENETIX, DEREK WOODGATE, and BRADLEY WOODGATE,<br><br>   Defendants. | C.A. No. 07-286-JJF |

**STIPULATION AND PROPOSED ORDER FOR AMENDMENT OF THE
<u>SCHEDULING ORDER</u>**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties and subject to the approval of the Court, that the Scheduling Order dated October 2, 2007 (D.I. 32), as modified by the Court's January 15, 2008 Order, shall be amended to extend the deadline one week as follows:

5.      Amendment of the Pleadings.  All motions to amend the pleadings shall be filed on or before <u>January 25, 2008</u>.

| YOUNG CONAWAY STARGATT & TAYLOR LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Karen E. Keller* | */s/ James W. Parrett, Jr.* |
| Josy W. Ingersoll (#1088) <br> Karen E. Keller (#4489) <br> The Brandywine Building <br> 100 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE  19899-0391 <br> (302) 571-6554 <br> kkeller@ycst.com <br>    *Attorneys for Plaintiffs* | Mary B. Graham (#2256) <br> Rodger D. Smith II (#3778) <br> James W. Parrett, Jr. (#4292) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> jparrett@mnat.com <br>    *Attorneys for Defendants* |

January 18, 2008
1395707

SO ORDERED this ___ day of _____ 2008.

_____
United States District Court Judge