IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., et al.<br><br>　　　　　Plaintiffs,<br>　v.<br>WELLNX LIFE SCIENCES INC., et al.<br><br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:　C.A. No. 07-286-JJF<br>:<br>:<br>:<br>: |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

WHEREAS, Plaintiffs have moved, pursuant to Fed. R. Civ. P. 15(a) and without opposition, for leave to file a First Amended Complaint, and for good cause shown;

NOW. THEREFORE, IT IS HEREBY ORDERED THAT:

1)　Plaintiffs' Motion for Leave to File First Amended Complaint (D.I. ____) (the "Motion") is GRANTED.

2)　Plaintiffs' "First Amended Complaint," attached to the Motion as Exhibit 1, shall be docketed by the Clerk forthwith and served by Plaintiffs consistent with the Federal Rules of Civil Procedure and the Local Rules of this Court.

_January 30, 2008_
　　DATE

_[signature]_
UNITED STATES DISTRICT JUDGE



RECEIVED
JAN 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE