IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> WELLNX LIFE SCIENCES INC. (d.b.a. NV INC.), et al., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 07-286 (JJF) ) ) ) ) ) ) |

### [PROPOSED] ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM

Having considered the unopposed motion of defendants WellNx Life Sciences Inc. (d/b/a NV Inc.), NxCare Inc., NxLabs Inc., Slimquick Laboratories, and Biogenetix (collectively "WellNx") for leave to file an Amended Answer and Counterclaims;

IT IS HEREBY ORDERED that Defendants' Unopposed Motion For Leave To File Amended Answer And Counterclaims is GRANTED and WellNx's Amended Answer and Counterclaims shall be entered forthwith.

DATED: January 30, 2008

_____
UNITED STATES DISTRICT JUDGE

1426992