IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IOVATE HEALTH SCIENCES U.S.A.,
INC., et al.

          Plaintiffs,

    v.

WELLNX LIFE SCIENCES INC., et al.

          Defendants.

:
:
:
:
:
:
:
:
:
:

C.A. No. 07-286  JJF

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 31, 2008, pursuant to D. Del. LR 15.1,

copies of *Plaintiffs' First Amended Complaint* were caused to be served on the following counsel

of record in the manner indicated below:

### BY HAND DELIVERY AND E-MAIL

Mary B. Graham, Esq. *[mgraham@mnat.com]*
Rodger D. Smith, II, Esq. *[rsmith@mnat.com]*
James W. Parrett, Jr., Esq. *[jparrett@mnat.com]*
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

### BY E-MAIL

Roger Colaizzi, Esq. *[racolaizzi@venable.com]*
Jeffrey A. Dunn, Esq. *[jadunn@venable.com]*
Tamany Vinson Bentz, Esq. *[tjbentz@venable.com]*
VENABLE, LLP
575 7th Street, NW
Washington, DC 2004-1601

Additionally, on January 31, 2008, the undersigned certifies that this Notice of Service

was electronically filed with the Clerk of the Court using CM/ECF and served upon the

following counsel of record in the manner indicated:

BY CM/ECF AND E-MAIL

Mary B. Graham, Esq. *[mgraham@mnat.com]*
Rodger D. Smith, II, Esq. *[rsmith@mnat.com]*
James W. Parrett, Jr., Esq. *[jparrett@mnat.com]*
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

BY E-MAIL

Roger Colaizzi, Esq. *[racolaizzi@venable.com]*
Jeffrey A. Dunn, Esq. *[jadunn@venable.com]*
Tamany Vinson Bentz, Esq. *[tjbentz@venable.com]*
VENABLE, LLP
575 7th Street, NW
Washington, DC 2004-1601

DATED: January 31, 2008                     YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen L. Pascale (No. 2903)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
302-571-6600
*Attorneys for Plaintiffs*