IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IOVATE HEALTH SCIENCES, U.S.A., :
INC., IOVATE HEALTH SCIENCES :
INTERNATIONAL, INC., IOVATE T &P, :
INC., FLAMMA SpA, and :
USE TECHNO CORPORATION, :
                                                             :
        Plaintiffs, :
                                                             :
     v. : Civil Action No. 07-286-JJF
                                                             :
WELLNX LIFE SCIENCES INC. :
(d/b/a NV INC.), NXCARE INC., :
NXLABS INC., SLIMQUICK :
LABORATORIES, BIOGENETIX, DEREK :
WOODGATE, and BRADLEY WOODGATE, :
                                                             :
        Defendants. :

### ORDER

    WHEREAS, on June 16, 2007, Plaintiffs filed a Motion to Dismiss For Lack of Jurisdiction Over the Person(D.I. 13);

    WHEREAS, the Court granted the parties leave to conduct Jurisdictional Discovery on August 16, 2007 (D.I. 27);

    NOW THEREFORE IT IS HEREBY ORDERED:

1. The parties shall complete jurisdictional discovery by February 16, 2008.

2. If the parties are unable to complete jurisdictional discovery by February 16, 2008, they shall inform the Court before that date why additional time is required.

February \_\_\_, 2008

                                                            UNITED STATES DISTRICT JUDGE