IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>WELLNX LIFE SCIENCES INC., et al.<br><br>Defendants. | :<br>:<br>:<br>:<br>:  C.A. No. 07-286 JJF<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 7, 2008, copies of: (1) *Plaintiffs' Requests For Production Of Documents Concerning Jurisdictional Discovery Directed To Bradley Woodgate*; (2) *Plaintiffs' Requests For Production Of Documents Concerning Jurisdictional Discovery Directed To Derek Woodgate*; (3) *Plaintiffs' Jurisdictional Discovery Interrogatories Directed to Defendant Bradley Woodgate*; (4) *Plaintiffs' Jurisdictional Discovery Interrogatories Directed to Defendant Derek Woodgate*; (5) *Notice of Deposition of Bradley Woodgate*; and, (6) *Notice of Deposition of Derek Woodgate* were caused to be served on the following counsel of record in the manner indicated below:

### BY HAND DELIVERY AND ELECTRONIC MAIL

Mary B. Graham, Esq. *[mgraham@mnat.com]*
Rodger D. Smith, II, Esq. *[rsmith@mnat.com]*
James W. Parrett, Jr., Esq. *[jparrett@mnat.com]*
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

1

**BY ELECTRONIC MAIL**

Roger Colaizzi, Esq. *[racolaizzi@venable.com]*
Jeffrey A. Dunn, Esq. *[jadunn@venable.com]*
Tamany Vinson Bentz, Esq. *[tjbentz@venable.com]*
VENABLE, LLP
575 7th Street, NW
Washington, DC 2004-1601

Additionally, on February 8, 2008, the undersigned certifies that this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record in the manner indicated:

**BY CM/ECF AND ELECTRONIC MAIL**

Mary B. Graham, Esq. *[mgraham@mnat.com]*
Rodger D. Smith, II, Esq. *[rsmith@mnat.com]*
James W. Parrett, Jr., Esq. *[jparrett@mnat.com]*
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

**BY ELECTRONIC MAIL**

Roger Colaizzi, Esq. *[racolaizzi@venable.com]*
Jeffrey A. Dunn, Esq. *[jadunn@venable.com]*
Tamany Vinson Bentz, Esq. *[tjbentz@venable.com]*
VENABLE, LLP
575 7th Street, NW
Washington, DC 2004-1601

DATED: February 8, 2008         YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West St., 17th Floor
Wilmington, Delaware 19801
302-571-6600
kkeller@ycst.com

*Attorneys for Plaintiffs*