IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., et al., | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 07-286 (JJF) |
| | ) | |
| WELLNX LIFE SCIENCES INC. (d.b.a. NV INC.), et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of: (1) *Bradley Woodgate's Responses to Plaintiffs' Jurisdictional Discovery Interrogatories*; (2) *Derek Woodgate's Responses to Plaintiffs' Jurisdictional Discovery Interrogatories*; (3) *Bradley Woodgate's Responses and Objections to Plaintiffs' Requests for Production of Documents Concerning Jurisdictional Discovery to Bradley Woodgate*; and (4) *Derek Woodgate's Responses and Objections to Plaintiffs' Requests for Production of Documents Concerning Jurisdictional Discovery to Derek Woodgate* were caused to be served on March 13, 2008, upon the following in the manner indicated:

**BY EMAIL AND HAND DELIVERY**

Josy W. Ingersoll, Esquire
Karen E. Keller, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
100 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

**jingersoll@ycst.com**
**kkeller@ycst.com**

**BY EMAIL**

Richard L. DeLucia, Esquire
KENYON & KENYON LLP
**rdelucia@kenyon.com**

Howard J. Shire, Esquire
KENYON & KENYON LLP
**hshire@kenyon.com**

Jerry Canada, Esquire
KENYON & KENYON LLP
**jcanada@kenyon.com**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

Mary B. Graham (#2256)
Rodger D. Smith II (#3778)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
mgraham@mnat.com
rsmith@mnat.com
jparrett@mnat.com
(302) 658-9200

*Attorneys for WellNx Life Sciences Inc.*
*(d/b/a NV Inc.), NxCare Inc., NxLabs Inc.,*
*Slimquick Laboratories, and Biogenetix*

OF COUNSEL:

Roger Colaizzi
Jeffrey A. Dunn
Tamany Vinson Bentz
VENABLE, LLP
575 7th Street, NW
Washington, DC 20004-1601
(202) 344-4000

March 13, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Karen E. Keller, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 13, 2008 upon the following individuals in the manner indicated:

| **BY EMAIL AND HAND DELIVERY** | **BY EMAIL** |
|---|---|
| Josy W. Ingersoll, Esquire | Richard L. DeLucia, Esquire |
| Karen E. Keller, Esquire | KENYON & KENYON LLP |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | **rdelucia@kenyon.com** |
| The Brandywine Building | |
| 100 West Street, 17th Floor | Howard J. Shire, Esquire |
| P.O. Box 391 | KENYON & KENYON LLP |
| Wilmington, DE  19899-0391 | **hshire@kenyon.com** |
| | |
| **jingersoll@ycst.com** | Jerry Canada, Esquire |
| **kkeller@ycst.com** | KENYON & KENYON LLP |
| | **jcanada@kenyon.com** |

*/s/ James W. Parrett, Jr.*

_____
James W. Parrett, Jr. (#4292)

1974222