IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., et al.<br><br>     Plaintiffs,<br><br>  v.<br><br>WELLNX LIFE SCIENCES INC., et al.<br><br>     Defendants. | :<br>:<br>:<br>:<br>:  C.A. No. 07-286  JJF<br>:<br>:<br>:<br>: |

**STIPULATION AND PROPOSED ORDER**
**FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS**

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties, and subject to the approval of the Court, that the time for Plaintiffs to respond to the "Answer to First Amended Complaint, Affirmative Defenses, and Counterclaims" (D.I. 49, filed February 19, 2008), is hereby extended to and including March 14, 2008.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Karen L. Pascale<br>_____ | /s/ James W. Parrett, Jr.<br>_____ |
| John W. Shaw (No. 3362)<br>Karen L. Pascale (No. 2903)<br>Karen E. Keller (No. 4489)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, Delaware  19801<br>(302) 571-6600<br>kpascale@ycst.com<br>*Attorneys for Plaintiffs* | Mary B. Graham (No. 2256)<br>Rodger D. Smith (No. 3778)<br>James W. Parrett, Jr. (No. 4292)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jparrett@mnat.com<br>*Attorneys for Defendants* |

SO ORDERED this _____ day of March, 2008.

                 _____
                 UNITED STATES DISTRICT JUDGE