IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  C.A. No. 07-286 (JJF) |
| WELLNX LIFE SCIENCES INC. (d.b.a. NV INC.), et al., | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: (1) *Defendants' First Set of Requests for Production to Plaintiffs (Nos. 1-40)*; and (2) *Defendants' First Set of Interrogatories to Plaintiffs (Nos. 1-17)* were caused to be served on March 19, 2008, upon the following in the manner indicated:

**BY EMAIL AND HAND DELIVERY**

Josy W. Ingersoll, Esquire
Karen E. Keller, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
100 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

**jingersoll@ycst.com**
**kkeller@ycst.com**

**BY EMAIL**

Richard L. DeLucia, Esquire
KENYON & KENYON LLP
**rdelucia@kenyon.com**

Howard J. Shire, Esquire
KENYON & KENYON LLP
**hshire@kenyon.com**

Jerry Canada, Esquire
KENYON & KENYON LLP
**jcanada@kenyon.com**

-2-

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Mary B. Graham*

        ―――――――――――――――――――
        Mary B. Graham (#2256)
        Rodger D. Smith II (#3778)
        James W. Parrett, Jr. (#4292)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899-1347

OF COUNSEL:         mgraham@mnat.com
        rsmith@mnat.com
Roger Colaizzi         jparrett@mnat.com
Jeffrey A. Dunn         (302) 658-9200
Tamany Vinson Bentz
VENABLE, LLP         *Attorneys for WellNx Life Sciences Inc.*
575 7th Street, NW         *(d/b/a NV Inc.), NxCare Inc., NxLabs Inc.,*
Washington, DC  20004-1601         *Slimquick Laboratories, and Biogenetix*
(202) 344-4000

March 19, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Karen E. Keller, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 19, 2008 upon the following individuals in the manner indicated:

**BY EMAIL AND HAND DELIVERY**

Josy W. Ingersoll, Esquire
Karen E. Keller, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
100 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

**jingersoll@ycst.com**
**kkeller@ycst.com**

**BY EMAIL**

Richard L. DeLucia, Esquire
KENYON & KENYON LLP
**rdelucia@kenyon.com**

Howard J. Shire, Esquire
KENYON & KENYON LLP
**hshire@kenyon.com**

Jerry Canada, Esquire
KENYON & KENYON LLP
**jcanada@kenyon.com**

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

1974222