IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., et al.<br><br>               Plaintiffs,<br>v.<br><br>WELLNX LIFE SCIENCES INC., et al.<br><br>               Defendants. | :<br>:<br>:<br>:<br>:   C.A. No. 07-286-JJF<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 24, 2008, copies of: (1) Plaintiffs' First Set of Requests for the Production of Documents and Things to Defendants (Nos. 1 – 37); (2) Plaintiffs' First Set of Interrogatories to Defendants (Nos. 1 – 14); and (3) this Notice of Service were caused to be served on the following counsel of record in the manner indicated below:

**BY HAND DELIVERY, ELECTRONIC MAIL and CM/ECF**

Mary B. Graham, Esq. *[mgraham@mnat.com]*
Rodger D. Smith, II, Esq. *[rsmith@mnat.com]*
James W. Parrett, Jr., Esq. *[jparrett@mnat.com]*
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899

1

**BY ELECTRONIC MAIL**

Roger Colaizzi, Esq. *[racolaizzi@venable.com]*
Jeffrey A. Dunn, Esq. *[jadunn@venable.com]*
Tamany Vinson Bentz, Esq. *[tjbentz@venable.com]*
Venable, LLP
575 7th Street, NW
Washington, DC 2004-1601

YOUNG CONAWAY
  STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West St., 17th Floor
Wilmington, Delaware 19801
302-571-6600
kkeller@ycst.com

*Attorneys for Plaintiffs*

DATED: March 24, 2008