IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IOVATE HEALTH SCIENCES, U.S.A., :
INC., IOVATE HEALTH SCIENCES :
INTERNATIONAL, INC., IOVATE T &P, :
INC., FLAMMA SpA, and :
USE TECHNO CORPORATION, :
 :
      Plaintiffs, :
 :
  v. : Civil Action No. 07-286-JJF
 :
WELLNX LIFE SCIENCES INC. :
(d/b/a NV INC.), NXCARE INC., :
NXLABS INC., SLIMQUICK :
LABORATORIES, BIOGENETIX, DEREK :
WOODGATE, and BRADLEY WOODGATE, :
 :
      Defendants. :

### ORDER

WHEREAS, the deadline for completion of jurisdictional discovery has passed;

NOW THEREFORE IT IS HEREBY ORDERED:

1. Plaintiffs shall file any supplemental briefing in opposition to Defendants' Motion to Dismiss (D.I. 13) no later than April 18, 2008;

2. Defendants shall file any supplemental response no later than May 2, 2008.

March 25, 2008

                                      UNITED STATES DISTRICT JUDGE