IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., et al.<br><br>            Plaintiffs,<br>     v.<br><br>WELLNX LIFE SCIENCES INC., et al.<br><br>            Defendants. | :<br>:<br>:<br>:<br>:  C.A. No. 07-286 JJF<br>:<br>:<br>:<br>: |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on April 18, 2008, copies of the following documents were served upon the below-listed counsel in the manner indicated.

PLAINTIFFS' RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES (NOS. 1-17)

PLAINTIFFS' RESPONSES TO DEFENDANTS' FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-40)

**BY HAND DELIVERY AND ELECTRONIC MAIL**

Mary B. Graham, Esq. *[mgraham@mnat.com]*
Rodger D. Smith, II, Esq. *[rsmith@mnat.com]*
James W. Parrett, Jr., Esq. *[jparrett@mnat.com]*
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

**BY ELECTRONIC MAIL**

Roger Colaizzi, Esq. *[racolaizzi@venable.com]*
Jeffrey A. Dunn, Esq. *[jadunn@venable.com]*
Tamany Vinson Bentz, Esq. *[tjbentz@venable.com]*
VENABLE, LLP
575 7th Street, NW
Washington, DC 2004-1601

Additionally, April 18, 2008, the undersigned certifies that this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record in the manner indicated:

**BY CM/ECF AND ELECTRONIC MAIL**

Mary B. Graham, Esq. *[mgraham@mnat.com]*
Rodger D. Smith, II, Esq. *[rsmith@mnat.com]*
James W. Parrett, Jr., Esq. *[jparrett@mnat.com]*
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

**BY ELECTRONIC MAIL**

Roger Colaizzi, Esq. *[racolaizzi@venable.com]*
Jeffrey A. Dunn, Esq. *[jadunn@venable.com]*
Tamany Vinson Bentz, Esq. *[tjbentz@venable.com]*
VENABLE, LLP
575 7th Street, NW
Washington, DC 2004-1601

DATED: April 18, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West St., 17th Floor
Wilmington, Delaware 19801
302-571-6600
kkeller@ycst.com

*Attorneys for Plaintiffs*