IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-286 (JJF) |
| WELLNX LIFE SCIENCES INC. (d.b.a. NV INC.), et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: (1) *Defendants' Second Set of Requests for Production to Plaintiffs (Nos. 41-42)*; and (2) *Defendants' Second Set of Interrogatories to Plaintiffs (No. 18)* were caused to be served on April 24, 2008, upon the following in the manner indicated:

**BY EMAIL AND HAND DELIVERY**

Josy W. Ingersoll, Esquire
Karen E. Keller, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
100 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

**jingersoll@ycst.com**
**kkeller@ycst.com**

**BY EMAIL**

Richard L. DeLucia, Esquire
KENYON & KENYON LLP
**rdelucia@kenyon.com**

Howard J. Shire, Esquire
KENYON & KENYON LLP
**hshire@kenyon.com**

Jerry Canada, Esquire
KENYON & KENYON LLP
**jcanada@kenyon.com**

-2-

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

---

Mary B. Graham (#2256)
Rodger D. Smith II (#3778)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
mgraham@mnat.com
rsmith@mnat.com
jparrett@mnat.com
(302) 658-9200

*Attorneys for WellNx Life Sciences Inc.*
*(d/b/a NV Inc.), NxCare Inc., NxLabs Inc.,*
*Slimquick Laboratories, and Biogenetix*

OF COUNSEL:

Roger Colaizzi
Jeffrey A. Dunn
Tamany Vinson Bentz
VENABLE, LLP
575 7th Street, NW
Washington, DC  20004-1601
(202) 344-4000

April 24, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Karen E. Keller, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 24, 2008 upon the following individuals in the manner indicated:

| BY EMAIL AND HAND DELIVERY | BY EMAIL |
|---|---|
| Josy W. Ingersoll, Esquire<br>Karen E. Keller, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building<br>100 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br><br>**jingersoll@ycst.com**<br>**kkeller@ycst.com** | Richard L. DeLucia, Esquire<br>KENYON & KENYON LLP<br>**rdelucia@kenyon.com**<br><br>Howard J. Shire, Esquire<br>KENYON & KENYON LLP<br>**hshire@kenyon.com**<br><br>Jerry Canada, Esquire<br>KENYON & KENYON LLP<br>**jcanada@kenyon.com** |

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

1974222