IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-286 (JJF) |
| WELLNX LIFE SCIENCES INC. (d.b.a. NV INC.), et al., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: (1) *Defendants' Responses to Plaintiffs' First Set of Requests for Production and Things (Nos. 1-35)*; and (2) *Defendants' Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-13)* were caused to be served on April 25, 2008, upon the following in the manner indicated:

| **BY EMAIL AND HAND DELIVERY** | **BY EMAIL** |
|---|---|
| Josy W. Ingersoll, Esq.<br>Karen L. Pascale, Esq.<br>Karen E. Keller, Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building<br>100 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br><br>**jingersoll@ycst.com**<br>**kpascale@ycst.com**<br>**kkeller@ycst.com** | Richard L. DeLucia, Esquire<br>KENYON & KENYON LLP<br>**rdelucia@kenyon.com**<br><br>Howard J. Shire, Esquire<br>KENYON & KENYON LLP<br>**hshire@kenyon.com**<br><br>Jerry Canada, Esquire<br>KENYON & KENYON LLP<br>**jcanada@kenyon.com** |

-2-

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ James W. Parrett, Jr.*

                                      Mary B. Graham (#2256)
                                      Rodger D. Smith II (#3778)
OF COUNSEL:                         James W. Parrett, Jr. (#4292)
                                      1201 N. Market Street
Roger Colaizzi                        P.O. Box 1347
Jeffrey A. Dunn                      Wilmington, DE  19899-1347
Tamany Vinson Bentz              mgraham@mnat.com
VENABLE, LLP                      rsmith@mnat.com
575 7th Street, NW                jparrett@mnat.com
Washington, DC  20004-1601    (302) 658-9200
(202) 344-4000

                                      *Attorneys for WellNx Life Sciences Inc.*
April 25, 2008                      *(d/b/a NV Inc.), NxCare Inc., NxLabs Inc.,*
                                      *Slimquick Laboratories, and Biogenetix*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> John W. Shaw, Esq.
> Karen L. Pascale, Esq.
> Karen E. Keller, Esq.
> YOUNG CONAWAY STARGATT & TAYLOR LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 25, 2008 upon the following individuals in the manner indicated:

| **BY EMAIL AND HAND DELIVERY** | **BY EMAIL** |
|---|---|
| Josy W. Ingersoll, Esq.<br>Karen L. Pascale, Esq.<br>Karen E. Keller, Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building<br>100 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br><br>**jingersoll@ycst.com**<br>**kpascale@ycst.com**<br>**kkeller@ycst.com** | Richard L. DeLucia, Esquire<br>KENYON & KENYON LLP<br>**rdelucia@kenyon.com**<br><br>Howard J. Shire, Esquire<br>KENYON & KENYON LLP<br>**hshire@kenyon.com**<br><br>Jerry Canada, Esquire<br>KENYON & KENYON LLP<br>**jcanada@kenyon.com** |

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)

1974222