IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-286 (JJF) |
| WELLNX LIFE SCIENCES INC. (d.b.a. NV INC.), et al., | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Mary B. Graham of the law firm of Morris, Nichols, Arsht & Tunnell LLP hereby enters her appearance on behalf of defendants.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
Rodger D. Smith II (#3778)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
mgraham@mnat.com
(302) 658-9200
  *Attorneys for Defendants*

OF COUNSEL:

Roger Colaizzi
Jeffrey A. Dunn
Lisa M. Kattan
Tamany Vinson Bentz
VENABLE, LLP
575 7th Street, NW
Washington, DC 20004-1601
(202) 344-4000

Dated: May 8, 2008
1414144