IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOVATE HEALTH SCIENCES, U.S.A., INC., IOVATE HEALTH SCIENCES INTERNATIONAL, INC., IOVATE T &P, INC., FLAMMA SpA, and USE TECHNO CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLNX LIFE SCIENCES INC. (d/b/a NV INC.), NXCARE INC., NXLABS INC., SLIMQUICK LABORATORIES, BIOGENETIX, DEREK WOODGATE, and BRADLEY WOODGATE,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 07-286-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### ORDER

WHEREAS, Plaintiffs Iovate Heath Sciences U.S.A., Inc. and Iovate T&P, Inc. (collectively "Iovate") have filed a Motion to Substitute Plaintiff Pursuant to Fed. R. Civ. P. 25(c)(D.I. 58);

WHEREAS, Defendants oppose the Motion, contending no plaintiff has established ownership of United States Patent No. 5,973,199 ("the '199 Patent");

WHEREAS, the Court finds that ownership has been demonstrated, and no prejudice will be suffered by Defendants;

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion to Substitute Plaintiff Pursuant to Fed. R. Civ. P. 25(c) is **GRANTED**.

May 9, 2008

                                               UNITED STATES DISTRICT JUDGE