IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOVATE HEALTH SCIENCES, INC., and<br>IOVATE T & P, INC.,<br>       Plaintiffs,<br>v.<br>WELLNX LIFE SCIENCES INC (d/b/a NV Inc.),<br>NXCARE INC.,<br>NXLABS INC.,<br>BIOGENETIX,<br>DEREK WOODGATE, and<br>BRADLEY WOODGATE,<br>       Defendants. | C.A. No. 07-286-JJF |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 27, 2008, copies of the following documents:

*Plaintiffs' Responses and Objections to Defendants' Second Set of Interrogatories (No. 18);* and

*Plaintiffs' Responses and Objections to Defendants' Second Set of Requests for Production of Documents and Things (Nos. 41-42)*;

together with this Notice of Service, were served upon the below-listed counsel in the manner indicated:

*By Hand Delivery and E-Mail*

Mary B. Graham, Esq. *[mgraham@mnat.com]*
Rodger D. Smith, II, Esq. *[rsmith@mnat.com]*
James W. Parrett, Jr., Esq. *[jparrett@mnat.com]*
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899

*By E-Mail*

Roger Colaizzi, Esq. *[racolaizzi@venable.com]*
Jeffrey A. Dunn, Esq. *[jadunn@venable.com]*
VENABLE LLP
575 7th Street, NW
Washington, DC 2004-1601

        Tamany Vinson Bentz, Esq. *[tjbentz@venable.com]*
        VENABLE LLP
        2049 Century Park East
        Suite 2100
        Los Angeles, CA 90067

        YOUNG CONAWAY STARGATT & TAYLOR LLP

        */s/ Karen L. Pascale*

May 27, 2008

        _____
        Josy W. Ingersoll (No. 1088)
        John W. Shaw (No. 3362)
        Karen L. Pascale (No. 2903) [kpascale@ycst.com]
        Karen E. Keller (No. 4489)
        The Brandywine Building
        1000 West St., 17th Floor
        P.O. Box 391
        Wilmington, Delaware 19899-0391
        Telephone: 302-571-6600
        *Attorneys for Plaintiffs*

OF COUNSEL:

Richard L. DeLucia
Howard J. Shire
Jerry Canada
**KENYON & KENYON LLP**
One Broadway
New York, NY 10004
(212) 425-7200