IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | )  C.A. No. 07-286 (JJF) |
| | ) |
| WELLNX LIFE SCIENCES INC. (d.b.a. NV INC.), et al., | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: (1) *Defendants' Third Set of Requests for Production to Plaintiffs (Nos. 43-44)*; and (2) *Defendants' Third Set of Interrogatories to Plaintiffs (Nos. 19-20)* were caused to be served on July 15, 2008, upon the following in the manner indicated:

**BY EMAIL AND HAND DELIVERY**

Josy W. Ingersoll, Esq.
Karen L. Pascale, Esq.
Karen E. Keller, Esq.
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
100 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**jingersoll@ycst.com**
**kpascale@ycst.com**
**kkeller@ycst.com**

**BY EMAIL**

Richard L. DeLucia, Esquire
KENYON & KENYON LLP
**rdelucia@kenyon.com**

Howard J. Shire, Esquire
KENYON & KENYON LLP
**hshire@kenyon.com**

Jerry Canada, Esquire
KENYON & KENYON LLP
**jcanada@kenyon.com**

-2-

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ James W. Parrett, Jr.*
        _____
        Mary B. Graham (#2256)
        Rodger D. Smith II (#3778)
        James W. Parrett, Jr. (#4292)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899-1347
        mgraham@mnat.com
        rsmith@mnat.com
        jparrett@mnat.com
        (302) 658-9200
          *Attorneys for Defendants*

OF COUNSEL:

Roger Colaizzi
Jeffrey A. Dunn
Lisa M. Kattan
Tamany Vinson Bentz
VENABLE, LLP
575 7th Street, NW
Washington, DC  20004-1601
(202) 344-4000

July 15, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>John W. Shaw, Esq.
>Karen L. Pascale, Esq.
>Karen E. Keller, Esq.
>YOUNG CONAWAY STARGATT & TAYLOR LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 15, 2008 upon the following individuals in the manner indicated:

**BY EMAIL AND HAND DELIVERY**

Josy W. Ingersoll, Esq.
Karen L. Pascale, Esq.
Karen E. Keller, Esq.
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
100 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

**jingersoll@ycst.com**
**kpascale@ycst.com**
**kkeller@ycst.com**

**BY EMAIL**

Richard L. DeLucia, Esquire
KENYON & KENYON LLP
**rdelucia@kenyon.com**

Howard J. Shire, Esquire
KENYON & KENYON LLP
**hshire@kenyon.com**

Jerry Canada, Esquire
KENYON & KENYON LLP
**jcanada@kenyon.com**

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)

1974222