IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., et al., | : |
| Plaintiffs, | : |
| v. | : C.A. No. 07-286-JJF |
| WELLNX LIFE SCIENCES INC., et al., | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to D. Del. LR 83.7, PLEASE TAKE NOTICE that Jerry Canada, Esquire, of the law firm of Kenyon & Kenyon LLP, One Broadway, New York, New York, 10004 hereby withdraws his appearance on behalf of Plaintiffs. Plaintiffs continue to be represented by the law firms of Kenyon & Kenyon, LLP and Young Conaway Stargatt & Taylor, LLP.

August 12, 2008

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Karen L. Keller
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esq., hereby certify that on August 12, 2008, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Mary B. Graham, Esq. *[mgraham@mnat.com]*
>Rodger D. Smith, II, Esq. *[rsdefiling@mnat.com]*
>James W. Parrett, Jr., Esq. *[jparrett@mnat.com]*
>MORRIS NICHOLS ARSHT & TUNNELL LLP
>1201 N. Market Street
>Wilmington, DE 19899

Additionally, I hereby certify that the foregoing document was served on counsel of record as indicated below:

>*By E-Mail*
>
>Mary B. Graham, Esq. *[mgraham@mnat.com]*
>Rodger D. Smith, II, Esq. *[rsmith@mnat.com]*
>James W. Parrett, Jr., Esq. *[jparrett@mnat.com]*
>MORRIS NICHOLS ARSHT & TUNNELL LLP
>1201 N. Market Street
>Wilmington, DE 19899
>
>*By E-Mail*
>
>Roger Colaizzi, Esq. *[racolaizzi@venable.com]*
>Jeffrey A. Dunn, Esq. *[jadunn@venable.com]*
>VENABLE LLP
>575 7th Street, NW
>Washington, DC 2004-1601
>
>Tamany Vinson Bentz, Esq. *[tjbentz@venable.com]*
>VENABLE LLP
>2049 Century Park East
>Suite 2100
>Los Angeles, CA 90067

August 12, 2008

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen E. Keller*

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600

*Attorneys for Plaintiffs*