IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOVATE HEALTH SCIENCES, INC., et al.<br><br>　　　　　Plaintiffs,<br>v.<br><br>WELLNX LIFE SCIENCES INC., et al.<br><br>　　　　　Defendants. | :<br>:<br>:<br>: C.A. No. 07-286-JJF<br>:<br>:<br>:<br>: |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on August 14, 2008, copies of the following documents:

*Plaintiffs' Responses and Objections to Defendants' Third Set of Interrogatories (Nos. 19-20);* and

*Plaintiffs' Responses and Objections to Defendants' Third Set of Requests for Production of Documents and Things (Nos. 43-44);*

together with this Notice of Service, were served upon the below-listed counsel in the manner indicated:

　　　　　　　　　　*By E-Mail*
　　　　　　　　　　Mary B. Graham, Esq. *[mgraham@mnat.com]*
　　　　　　　　　　Rodger D. Smith, II, Esq. *[rsmith@mnat.com]*
　　　　　　　　　　James W. Parrett, Jr., Esq. *[jparrett@mnat.com]*
　　　　　　　　　　MORRIS NICHOLS ARSHT & TUNNELL LLP
　　　　　　　　　　1201 N. Market Street
　　　　　　　　　　Wilmington, DE 19899

　　　　　　　　　　*By E-Mail*
　　　　　　　　　　Roger Colaizzi, Esq. *[racolaizzi@venable.com]*
　　　　　　　　　　Jeffrey A. Dunn, Esq. *[jadunn@venable.com]*
　　　　　　　　　　VENABLE LLP
　　　　　　　　　　575 7th Street, NW
　　　　　　　　　　Washington, DC 2004-1601
　　　　　　　　　　Tamany Vinson Bentz, Esq. *[tjbentz@venable.com]*
　　　　　　　　　　VENABLE LLP
　　　　　　　　　　2049 Century Park East
　　　　　　　　　　Suite 2100
　　　　　　　　　　Los Angeles, CA 90067

                            YOUNG CONAWAY STARGATT & TAYLOR LLP

                            /s/ Karen E. Keller

                            Josy W. Ingersoll (No. 1088)
                            John W. Shaw (No. 3362)
                            Karen L. Pascale (No. 2903)
                            Karen E. Keller (No. 4489) [kkeller@ycst.com]
                            The Brandywine Building
                            1000 West St., 17th Floor
                            P.O. Box 391
                            Wilmington, Delaware 19899-0391
                            302-571-6600
                            *Attorneys for Plaintiffs*

OF COUNSEL:

Richard L. DeLucia
Howard J. Shire
KENYON & KENYON LLP
One Broadway
New York, NY  10004
(212) 425-7200

August 14, 2008

2