IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., et al., | : |
| Plaintiffs, | : |
| v. | : C.A. No. 07-286 (JJF) |
| WELLNX LIFE SCIENCES INC., et al., | : |
| Defendants. | : |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Elizabeth Gardner of Kenyon & Kenyon LLP to represent Plaintiffs in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR LLP

Dated: August 20, 2008

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen L. Pascale (No. 2903)
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600
*Attorneys for Plaintiffs*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this ____ day of August 2008, that the admission *pro hac vice* of Elizabeth Gardner, Esq. is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

_____
Elizabeth Gardner
Kenyon & Kenyon
One Broadway
New York, NY 10004
(212) 425-7200
egardner@kenyon.com

Date: 8/20/08

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esq., hereby certify that on August 20, 2008, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham, Esq. *[mgraham@mnat.com]*
> Rodger D. Smith, II, Esq. *[rsdefiling@mnat.com]*
> James W. Parrett, Jr., Esq. *[jparrett@mnat.com]*
> MORRIS NICHOLS ARSHT & TUNNELL LLP
> 1201 N. Market Street
> Wilmington, DE 19899

Additionally, I hereby certify that the foregoing document was served on counsel of record as indicated below:

### *By E-Mail*

> Mary B. Graham, Esq. *[mgraham@mnat.com]*
> Rodger D. Smith, II, Esq. *[rsmith@mnat.com]*
> James W. Parrett, Jr., Esq. *[jparrett@mnat.com]*
> MORRIS NICHOLS ARSHT & TUNNELL LLP
> 1201 N. Market Street
> Wilmington, DE 19899

### *By E-Mail*

> Roger Colaizzi, Esq. *[racolaizzi@venable.com]*
> Jeffrey A. Dunn, Esq. *[jadunn@venable.com]*
> VENABLE LLP
> 575 7th Street, NW
> Washington, DC 2004-1601

> Tamany Vinson Bentz, Esq. *[tjbentz@venable.com]*
> VENABLE LLP
> 2049 Century Park East
> Suite 2100
> Los Angeles, CA 90067

|  |  |
|---|---|
| Dated: August 20, 2008 | YOUNG CONAWAY STARGATT & TAYLOR LLP<br><br>*/s/ Karen E. Keller*<br>Josy W. Ingersoll (No. 1088)<br>John W. Shaw (No. 3362)<br>Karen L. Pascale (No. 2903)<br>Karen E. Keller (No. 4489) [kkeller@ycst.com]<br>The Brandywine Building<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone: 302-571-6600<br><br>*Attorneys for Plaintiffs* |

DB02:6662480.1                                                                                           066372.1001